UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Document # **6**

Peralez

-v-

CBS 60-minutes

U.S.C.A. # _____

U.S.D.C. # 08-CV-2109

JUDGE: KMW

DATE: 3-24-2008

# INDEX TO THE RECORD ON APPEAL

MAR 24 2008

PREPARED BY (NAME): THOMAS R. PISARCZYK
FIRM: U.S. DISTRICT COURT - SOUTHERN DISTRICT OF NEW YORK
ADDRESS: 500 PEARL STREET, ROOM 370
NEW YORK, NEW YORK 10007
PHONE NO.: (212) 805 - 0636

DISTRICT COURT DOCKET ENTRIES

DOCUMENT DESCRIPTION                                                DOC. #

CLERK'S CERTIFICATE

SEE ATTACHED LIST OF NUMBERED DOCUMENTS

(X) Original Record                                    (___) Supplemental Record

The record in the above entitled case was indexed to the U.S.C.A
for the Second Circuit on the 24th Day of March, 2008.

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------

Peroles

-v-

CBS 60 minutes

------------------------------------------------

U.S.C.A. # _____

U.S.D.C. # 08-cv2109

JUDGE: KMW

DATE: 3-24-2008

## Clerk's Certificate

I, J. Michael McMahon, Clerk of the Court of the United States District Court for the Southern District of New York, do hereby certify that the certified copy of the docket entries and the original filed papers numbered __1__ Through __5__, inclusive, constitutes the Original record on appeal in the above entitled proceedings except for the following missing documents:

| Date Filed | Document Description |
|---|---|
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |

In Testimony Whereof, I have caused the seal of said Court to be hereunto affixed, at the City of New York, this 24th day of March in this year of our Lord, Two Thousand and Eight, and the Independence of the United States this 232ND year.

J. Michael McMahon, Clerk

By _____
Deputy Clerk

APPEAL, CLOSED, PRO-SE

## U.S. District Court
### United States District Court for the Southern District of New York (Foley Square)
### CIVIL DOCKET FOR CASE #: 1:08-cv-02109-KMW
### Internal Use Only

Perales v. CBS 60 Minutes et al
Assigned to: Judge Kimba M. Wood
Cause: 42:1983 Civil Rights Act

Date Filed: 03/03/2008
Date Terminated: 03/03/2008
Jury Demand: Plaintiff
Nature of Suit: 550 Prisoner: Civil Rights
Jurisdiction: Federal Question

| Date Filed | # | Docket Text |
|---|---|---|
| 03/03/2008 | 1 | DECLARATION IN SUPPORT OF REQUEST TO PROCEED IN FORMA PAUPERIS. Document filed by Richard Alexander Perales.(mbe) (Entered: 03/11/2008) |
| 03/03/2008 | | Magistrate Judge Frank Maas is so designated. (mbe) (Entered: 03/11/2008) |
| 03/03/2008 | 2 | COMPLAINT against CBS 60 Minutes, David Letterman, Travis County Sheriff Depart.. Document filed by Richard Alexander Perales.(mbe) (Entered: 03/11/2008) |
| 03/03/2008 | | Magistrate Judge Frank Maas is so designated. (mbe) (Entered: 03/11/2008) |
| 03/03/2008 | 3 | ORDER OF DISMISSAL, I grant plaintiff's request to proceed in forma pauperis and consolidate these actions for the purpose of this order, but dismiss the complaints for the following reasons. Accordingly, the complaint, filed in forma pauperis under 28 U.S.C. 1915(a) and consolidate for the purpose of this order and dismissed for lack of subject matter jurisdiction and for failure to state a claim upon which relief may be granted. I certify pursuant to 28 U.S.C. 1915(a)(3) that any appeal from this order would not be taken in good faith. So ORDERED. (Signed by Judge Loretta A. Preska on 3/3/2008) (mbe) (Entered: 03/11/2008) |
| 03/03/2008 | 4 | JUDGMENT. Ordered, Adjudged and Decreed: That the complaint be and is hereby dismissed. 28 U.S.C. 1915(e)(2). We certify pursuant to 28 U.S.C. 1915(a)(3) that any appeal from the Court's order will not be taken in good faith. (Signed by Judge Loretta A. Preska on 3/3/2008) (mbe) (Entered: 03/11/2008) |
| 03/20/2008 | 5 | NOTICE OF APPEAL from 4 Judgment - Sua Sponte (Complaint), 3 Order Dismissing Complaint (I.F.P.). Document filed by Richard Alexander Perales. (tp) (Entered: 03/24/2008) |
| 03/20/2008 | | Appeal Remark as to 5 Notice of Appeal filed by Richard Alexander Perales. $455.00 APPEAL FEE DUE. IFP REVOKED 3/3/08. (tp) (Entered: 03/24/2008) |
| 03/24/2008 | | Transmission of Notice of Appeal and Certified Copy of Docket Sheet to US Court of Appeals re: 5 Notice of Appeal. (tp) (Entered: 03/24/2008) |
| 03/24/2008 | | Transmission of Notice of Appeal to the District Judge re: 5 Notice of Appeal. (tp) (Entered: 03/24/2008) |